IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRANK DAHLSTEN, | ) |
| Plaintiff, | ) No. C06-3087-MWB |
| vs. | ) |
| | ) JUDGMENT |
| DAVID LEE, Individually and in his official capacity as the mayor of the City of Dakota City, and THE CITY OF DAKOTA CITY, | ) IN A CIVIL CASE |
| Defendants. | ) |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Frank Dahlsten, take nothing and this action is dismissed.


Dated: January 23, 2008          ROBERT L. PHELPS
                                 Clerk

                                 /s/ des
                                 _____
                                 (By) Deputy Clerk